AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Western District of Washington

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  **CR23-108** LK |
| | ) | |
| JAMES BENECKE | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    James Benecke                                                                   ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 and 2: Abusive Sexual Contact all in violation of Title 18, United States Code, Section 2244(b) and Title 49, United States Code, Section 46506(1).

Date:    07/05/2023

City and state:    Seattle, Washington

*Issuing officer's signature*

**Andy Quach, Deputy Clerk**
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/6/23 , and the person was arrested on *(date)* 7/7/23 at *(city and state)* Anchorage, AK (UBER) . |
| Date: 7/11/23 |

*Arresting officer's signature*
Katie Yarborough

Special Agent Katie Yarborough
*Printed name and title*