1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>JAMES BENECKE,<br><br>             Defendant. | CASE NO. 2:23-cr-00108-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

11
12
13
14
15
16

      This matter comes before the Court on Defendant James Benecke's Unopposed Motion to Continue Pretrial Motions Deadline, seeking to extend the current deadline from March 15, 2024 to March 22, 2024. Dkt. No. 24. Mr. Benecke requests this brief extension because the Government recently provided video-recorded witness interviews that Mr. Benecke and his counsel "must review in order to prepare for any pretrial motions that might be filed in this case." *Id.* at 1. The Government does not oppose this request. *Id.*

      Under Local Criminal Rule 12(c), good cause must be shown to extend the deadline for pretrial motions. Because Mr. Benecke's motion demonstrates good cause and the Government

does not oppose his request, the Court GRANTS his motion, Dkt. No. 24, and extends the deadline for pretrial motions to March 22, 2024.

Dated this 14th day of March, 2024.

Lauren King
United States District Judge